Motion GRANTED.
Initial case management conference is reset for 1/11/2027 at 2:00 P.M.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JONATHAN BRYCE DANIELSON,** | ] | |
| **Plaintiff,** | ] | |
| **vs.** | ] | **Case No: 3:26-CV-01111** |
| **HERC HOLDINGS, INC,** | ] | |
| **Defendant.** | ] | |

**<u>MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE</u>**

Come now the Plaintiff, Jonathan Bryce Danielson, through undersigned counsel, respectfully moves the Court to continue the Initial Case Management Conference currently set for November 2, 2025, at 2:30 P.M. In support, Plaintiff states:

1. Plaintiff filed his Complaint with the Court on August 5, 2026. (Doc. No. 1).

2. The Court set an Initial Case Management Conference for November 2, 2026, at 2:30 P.M. (Doc. No. 6).

3. Following the Summons being issued by the Court, Plaintiff mailed the Summons, Complaint, and Notice of Setting of Initial Case Management Conference upon Defendant's Registered Agent on August 6, 2026.

4. Plaintiff did not receive any returned correspondence following service on Defendant's Registered Agent.

5. Additionally, Plaintiff is in the process of ascertaining whether the Complaint needs to be amended to name a different and/or additional entity and alias summons.